IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SCOTT LOGAN GOLLAHER,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN COUNTY, WILLIAM Z. WENTLAND, and JANN L. FARRIS,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-01258-DN-CMR<br><br>District Judge David Nuffer |

The Sealed Report and Recommendation ("Report and Recommendation")[1] issued by United States Magistrate Judge Cecilia M. Romero on March 5, 2021, recommends that Defendants' Motion for Summary Judgment[2] be granted and the case be dismissed.

Plaintiff Scott Logan Gollaher ("Gollaher") was notified of the right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Twenty-four (24) days have now passed and Gollaher has failed to file an objection or response.

After reviewing de novo all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, the analysis and conclusion of the magistrate judge is found to be correct and will be adopted. Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

---

[1] Docket no. 110, filed Mar. 5, 2021 ("Defs' Motion").

[2] Docket no. 59, filed May 29, 2020.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment[3] is GRANTED and this action is DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed March 29, 2021.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[3] Defs' Motion.